EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: Marcelle D. Martell Jovet | 2021 TSPR 125 207 DPR _____ |
|---|---|

Número del Caso: TS-10,273

Fecha: 19 de agosto de 2021

Abogada de la parte peticionaria:

Lcda. Daisy Calcaño López

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

```
EN EL TRIBUNAL SUPREMO DE PUERTO RICO
```

In re:

Marcelle D. Martell Jovet       TS-10,273

RESOLUCIÓN

En San Juan, Puerto Rico, a 19 de agosto de 2021.

Examinada la *Moción de reconsideración y solicitud de reinstalación* presentada por la Sra. Marcelle D. Martell Jovet, se ordena su reinstalación al ejercicio de la abogacía.

Respecto al ejercicio de la notaría, se refiere al Director de la Oficina de Inspección de Notarías (ODIN) para se exprese en torno a este asunto.

Además, se le ordena a la Secretaría de este Tribunal registrar el cambio de estatus a abogada activa en el Registro Único de Abogados y Abogadas de Puerto Rico (RÚA).

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Feliberti Cintrón no intervino.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo